JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PRODUCT PARTNERS LLC,                          :
                                               :
    Plaintiff/Counterdefendant,              :
                                               : Case Number CV08-07704 RSWL (JCx)
    v.                                         :
                                               : ORDER OF DISMISSAL
INTELLIGENT BEAUTY, INC.,                      :
                                               :
    Defendant/Counterplaintiff.               :

    AND NOW, this 17th day of June, 2009, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED and DECREED that this Action, including both the Complaint and the Counterclaim, is hereby DISMISSED in its entirety pursuant to Federal Rule of Civil Procedure 41(a) with prejudice, with each party bearing its respective attorneys' fees and costs.

    RONALD S.W. LEW
    _____
    HONORABLE RONALD S.W. LEW
    SENIOR U.S. DISTRICT COURT JUDGE